# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  :  No. 2126 Disciplinary Docket No. 3
               Petitioner  :
                                           :
               v.  :  No. 201 DB 2014
                                           :
                                         :
NEIL E. JOKELSON,  :  Attorney Registration No. 2486
               Respondent  :  (Philadelphia)

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of January, 2015, there having been filed with this Court by Neil E. Jokelson his verified Statement of Resignation dated November 7, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Neil E. Jokelson is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).